In the Matter of the Application of FRANK B. COTTE, Appellant, for a Writ of Mandamus against FRANKLIN C. GILBERT as Town Clerk of the Town of Hempstead, Respondent, Impleaded with Others.

*Matter of Cotte v. Gilbert,* 189 App. Div. 913, affirmed.

(Argued October 17, 1919; decided October 21, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 11, 1919, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus directed to the town clerk of the town of Hempstead and to the board of elections of the county of Nassau directing them to disregard in preparing the official ballots the names of Hiram R. Smith and George Wilbur Doughty as candidates for the office of supervisor of the town of Hempstead to be voted for on November 4, 1919, and to omit the names and each of them from the ballots. On September 8, 1919, the Republican town committee of the town of Hempstead, acting under and pursuant to chapter 289 of the Laws of 1918, attempted to nominate Hiram R. Smith and George Wilbur Doughty as candidates for the office of supervisor, and certified to the town clerk of Hempstead and to the board of elections of Nassau county that said Smith and said Doughty had been nominated for such office. Petitioner, claiming that chapter 289 of the Laws of 1918 is unconstitutional, asked for a peremptory writ of mandamus to the end that the names of Smith and Doughty might be omitted from the official ballots.

*Alfred A. Gardner* and *Raymond Malone* for appellant.
*M. Linn Bruce* and *Jeremiah Wood* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.